**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**UNITED STATES OF AMERICA,**

  - v -

**STEVEN SCIPPIO,**

               **Defendant.**
-----------------------------------------------------------------x

**ORDER**

**04 CR 0354 (NG)**

**GERSHON, United States District Judge:**

      Pursuant to the Order of the Court of Appeals for the Second Circuit remanding the above-captioned action under United States v. Regalado, 518 F.3d 143 (2d Cir. 2008), for consideration of whether re-sentencing is appropriate, the court has concluded that re-sentencing is appropriate. The Office of Probation is directed to submit revised calculations based upon the recent amendments to the crack-cocaine sentencing guidelines and a revised recommendation for sentencing by October 14, 2009. Defendant's counsel shall make any submission regarding resentencing by October 21, 2009. The government shall file a response, if any, by October 28, 2009. Re-sentencing will be held on November 3, 2009, at 10 a.m.

                                           **SO ORDERED.**

                                           ____/s/ Nina Gershon_____
                                           **NINA GERSHON**
                                           **United States District Judge**

Dated:  October 2, 2009
         Brooklyn, New York